**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00283-CV

### ESTATE OF: LOLA CHENOWITH, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-12-00202-2**

## ORDER

The supplemental clerk's record containing a copy of the "Last Will & Testament of Lola B. Chenoweth" ordered to be filed by January 6, 2014 has not been filed. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file, no later than January 21, 2014, either a supplemental record containing the will or written verification that the will cannot be located.

/s/    ELIZABETH LANG-MIERS
       JUSTICE